IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-02032-PAB-MEH

KING MORRISON,

    Plaintiff,

v.

ACME DELIVERY, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the parties' Stipulated Motion to Dismiss with Prejudice [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the parties' Stipulated Motion to Dismiss with Prejudice [Docket No. 20] is granted. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED January 5, 2009.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge